IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION No. 06-29-1 |
| v. | : | CIVIL ACTION No. 11-138 |
| GLENN PETERSEN | : | |

## ORDER

AND NOW, this 22nd day of August, 2013, upon careful and independent consideration of Defendant Glenn Petersen's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, and after review of the Report and Recommendation of United States Magistrate Judge Ruth Miller, to which no objections have been filed,[1] it is ORDERED:

1. The Report and Recommendation (Document 255) is APPROVED and ADOPTED;

2. Petersen's § 2255 motion (Document 247) is DENIED without an evidentiary hearing;

3. Petersen having failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue; and

4. The Clerk of Court is DIRECTED to mark both of the above-captioned cases CLOSED.

BY THE COURT:

　　　/s/ Juan R. Sánchez　　　
Juan R. Sánchez

---

[1] The Report and Recommendation specifies that any objections thereto "must be filed in writing within fourteen (14) days of receipt of this notice." ECF No. 255 at 9. Although the docket in this case reflects that a hard copy of the Report and Recommendation was sent to Petersen on July 2, 2013, no objections have been filed as of today's date.